UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X
STEPHANIE ROSENFELD,

                                Plaintiff,

    -against-

TARA LENICH; CITY OF NEW YORK;
LU-SHAWN M. THOMPSON, as Administrator
of ESTATE OF KENNETH P. THOMPSON;
ERIC GONZALEZ; WILLIAM SCHAEFER;
BRIAN DONAHUE; and JOHN/JANE DOES 1-10,

                               Defendants.
------------------------------------------------------------------- X

**NOTICE OF MOTION TO DISMISS THE FIRST AMENDED COMPLAINT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(B)(6)**

No. 17 Civ. 7299 (NGG) (PK)

**PLEASE TAKE NOTICE** that upon the Declaration of Ashley R. Garman dated June 28, 2018, together with the exhibits annexed thereto; and Defendants' Memorandum of Law, dated June 29, 2018; and all pleadings and proceedings previously had herein, defendants The City of New York, Lu-Shawn Thompson, Eric Gonzalez, William Schaeffer (s/h/a "William Schaefer") and Brian Donohue (s/h/a "Brian Donahue") will move before the Honorable Nicholas G. Garaufis, U.S.D.J., at the United States Courthouse for the Eastern District of New York, located at 225 Cadman Plaza East, Brooklyn, New York 11201, at a date and time to be set by the Court, for an Order dismissing the First Amended Complaint, dated February 1, 2018, in its entirety pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, and granting such other and further relief as the Court deems just, proper, and equitable.

**PLEASE TAKE FURTHER NOTICE** that pursuant to the May 24, 2018 Order of the Honorable Nicholas G. Garaufis, U.S.D.J., plaintiffs' opposition papers shall be served no later than July 27, 2018.

Dated:   New York, New York
         June 29, 2018

                    ZACHARY W. CARTER
                    Corporation Counsel of the City of New York
                    *Attorney for Defendants*
                    *City of New York, Lu-Shawn Thompson, Eric*
                    *Gonzalez, William Schaeffer and Brian Donohue*
                    100 Church Street
                    New York, NY 10007
                    (212) 356-3539/3538
                    agarman@law.nyc.gov

By: _____
                    Ashley R. Garman
                    *Senior Counsel*
                    Joshua J. Lax
                    *Senior Counsel*