UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| STEPHANIE ROSENFELD,<br><br>    Plaintiff,<br><br>    -v.-<br><br>TARA LENICH; THE CITY OF NEW YORK; LU-SHAWN M. THOMPSON, as administrator of the Estate of Kenneth P. Thompson; ERIC GONZALEZ; WILLIAM SCHAEFER; and BRIAN DONOHUE,<br><br>    Defendants. | Case No. 17-cv-7299 (NGG)<br><br>Hon. Nicholas G. Garaufis, J. |

## MOTION TO WITHDRAW APPEARANCE OF JEFFREY O. NEWTON

    Upon the accompany affirmation of Jeffrey O. Newton, the undersigned respectfully moves this Court to withdraw the appearance of Jeffrey O. Newton on behalf of Defendant Tara Lenich.

Dated: New York, New York
        March 1, 2019

PIERCE BAINBRIDGE BECK PRICE & HECHT LLP

By: */s/ Jeffrey O. Newton*
    Jeffrey O. Newton
    747 Third Avenue, Suite 2000
    New York, New York 10017
    Tel.:  (212) 972-0200
    Email: jnewton@piercebainbridge.com

*Attorneys for Defendant Tara Lenich*