UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| STEPHANIE ROSENFELD,<br><br>    Plaintiff,<br><br>    -v.-<br><br>TARA LENICH; THE CITY OF NEW YORK; LU-SHAWN M. THOMPSON, as administrator of the Estate of Kenneth P. Thompson; ERIC GONZALEZ; WILLIAM SCHAEFER; and BRIAN DONOHUE,<br><br>    Defendants. | Case No. 17-cv-7299 (NGG)<br><br>Hon. Nicholas G. Garaufis, J. |

**AFFIRMATION OF JEFFREY O. NEWTON
IN SUPPORT OF APPLICATION TO WITHDRAW APPEARANCE**

JEFFREY O. NEWTON, an attorney duly admitted to practice before this Court, affirms the following to be true under penalty of perjury:

1. I am an attorney at Pierce Bainbridge Beck Price & Hecht LLP. I previously appeared in this matter as counsel for Defendant Tara Lenich.

2. After March 8, 2019, I will no longer be affiliated with Pierce Bainbridge Beck Price & Hecht LLP.

3. Eric M. Creizman and Jonathan A. Sorkowitz of Pierce Bainbridge Beck Price & Hecht LLP are also attorneys of record for Defendant Lenich and will continue to represent her in this action.

4. As Eric Creizman's representation of Ms. Lenich preceded my involvement by about a year-and-a-half, and he has been lead counsel, Ms. Lenich's representation will be unaffected by my withdrawal.

5. I am not asserting or retaining a charging lien in connection with the representation of Defendant Lenich in this matter.

Dated: March 8, 2019  
      New York, New York

By: _____  
Jeffrey O. Newton