UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| STEPHANIE ROSENFELD,<br><br>                Plaintiff,<br><br>v.<br><br>TARA LENICH; THE CITY OF NEW YORK; LU-SHAWN M. THOMPSON, as administrator of the Estate of Kenneth P. Thompson; ERIC GONZALEZ; WILLIAM SCHAEFER; and BRIAN DONAHUE,<br><br>                Defendants. | No. 17 Civ. 7299 |

## MOTION TO WITHDRAW APPEARANCE BY JESSICA CLARKE

Upon the accompanying affirmation of Jessica Clarke, the undersigned respectfully move this Court to withdraw the appearance of Jessica Clarke on behalf of Plaintiff.

Dated: August 2, 2019
       New York, New York

                          EMERY CELLI BRINCKERHOFF
                          & ABADY LLP

                          By:   /s/
                          Jessica Clarke
                          600 Fifth Avenue
                          10th Floor
                          New York, NY 10020
                          (212) 763-5000
                          *Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| STEPHANIE ROSENFELD,<br><br>                    Plaintiff,<br><br>     v.<br><br>TARA LENICH; THE CITY OF NEW YORK; LU-SHAWN M. THOMPSON, as administrator of the Estate of Kenneth P. Thompson; ERIC GONZALEZ; WILLIAM SCHAEFER; and BRIAN DONAHUE,<br><br>                    Defendants. | No. 17 Civ. 7299 |

### AFFIRMATION OF JESSICA CLARKE
### IN SUPPORT OF MOTION TO WITHDRAW APPEARANCE

JESSICA CLARKE, an attorney duly admitted to practice before this Court, affirms the following to be true under penalty of perjury:

1.  I was Of Counsel to the law firm Emery Celli Brinckerhoff & Abady LLP ("ECBA"), attorneys for Plaintiff.

2.  I am one of the attorneys of record for Plaintiff in this action.

3.  I have left my employment with ECBA.

4.  Richard D. Emery and Samuel Shapiro are also attorneys of record for Plaintiff, and ECBA continues to represent Plaintiff in this action.

5.  I respectfully request that the Court grant the motion to withdraw my appearance for Plaintiff in this action.

Dated: August 2, 2019
       New York, New York

                                        /s/
                                   Jessica Clarke