| | | |
|---|---|---|
| AGF&J | Abrams, Gorelick, Friedman & Jacobson, LLP<br>Attorneys At Law | One Battery Park Plaza  Phone: 212-422-1200<br>4th Floor  Fax: 212-968-7573<br>New York, NY 10004  www.agfjlaw.com |

January 24, 2020

**Via ECF**
Hon. Peggy Kuo
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

   Re: <u>Rosenfeld v. Lenich, et al.</u>, No. 17 Civ. 7299 (NGG)(PK)
     Our File No. 31937

Honorable Madam:

  Abrams, Gorelick, Friedman & Jacobson, LLP represents defendants the City of New York, Lu-Shawn Thompson, Eric Gonzalez, William Schaeffer and Brian Donohue ("City Defendants") in the <u>Stephanie Rosenfeld</u> matter referenced above. The City Defendants submit this letter motion in support of a motion to compel Plaintiff to disclose the amount of their purported monetary settlement with defendant Tara Lenich. For the purposes of brevity, City Defendants adopt the facts and legal argument set forth in the motion submitted by Joshua Lax, Esq., counsel for the City Defendants in the two related matters, <u>Danielle Rosenfeld v. Tara Lenich, et al</u> (18-cv-6720) and <u>Jarrett Lemieux v. Tara Lenich, et al</u> (18-cv-6721), also pending before your Honor as if fully set forth herein. A copy of the letter motion filed by Mr. Lax on January 23, 2020 is attached hereto as Exhibit 1.

                  Respectfully submitted,

                  */s/ James E. Kimmel*
                  James E. Kimmel (6798)

JEK/

CC: All Counsel Via ECF

1