UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

STEPHANIE ROSENFELD,

                                        Plaintiff,

-against-

TARA LENICH; CITY OF NEW YORK;
LU-SHAWN M. THOMPSON, AS ADMINISTRATOR
OF ESTATE OF KENNETH P. THOMPSON; ERIC
GONZALEZ; WILLIAM SCHAEFER; BRIAN
DONAHUE; and JOHN/JANE DOES 1-10,

                                        Defendants.

**STIPULATION AND ORDER OF DISMISSAL**

17 cv 7299 (NGG)(PK)

------------------------------------------------------------------------ x

       **WHEREAS,** the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

       **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, that

       1.       The above-referenced action is hereby dismissed with prejudice; and

2. Notwithstanding the dismissal of this action in accordance with this agreement, the District Court shall continue to retain jurisdiction over this action for the purpose of enforcing the terms of the settlement agreement reached between the parties and set forth in the Stipulation of Settlement executed by the parties in this matter, attached as Exhibit A.

Dated: New York, New York
~~March 27~~ March 31, 2020

| | |
|---|---|
| EMERY CELLI BRINCKERHOFF & ABADY LLP<br>*Attorneys for Plaintiff*<br>600 Fifth Avenue 10th Floor<br>New York, New York 10020<br>(212) 763-5050 | ABRAMS GORELICK FRIEDMAN & JACOBSON, LLP<br>*Attorneys for Defendants City of New York, Thompson, Gonzalez, Schaeffer, and Donohue*<br>1 Battery Park Plaza, 4th Floor<br>New York, New York 10004<br>(212) 422-1200 |
| By: _____<br>Richard D. Emery<br>Samuel Shapiro<br>Scout Katovich<br>*Attorney for Plaintiff* | By: /s/ Glenn A. Jacobson<br>_____<br>Glenn A. Jacobson<br>*Attorney for Defendants City of New York, Thompson, Gonzalez, Schaeffer, and Donohue* |

SO ORDERED:

_____
HON. NICHOLAS G. GARAUFIS
UNITED STATES DISTRICT JUDGE

Dated: _____, 2020

2