UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

STEPHANIE ROSENFELD,

                                              Plaintiff,

-against-

TARA LENICH; CITY OF NEW YORK;
LU-SHAWN M. THOMPSON, AS ADMINISTRATOR
OF ESTATE OF KENNETH P. THOMPSON; ERIC
GONZALEZ; WILLIAM SCHAEFER; BRIAN
DONAHUE; and JOHN/JANE DOES 1-10,

                                              Defendants.

**STIPULATION AND ORDER OF DISMISSAL**

17 cv 7299 (NGG)(PK)

------------------------------------------------------------------------ x

       **WHEREAS,** the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

       **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, that

       1.      The above-referenced action is hereby dismissed with prejudice; and

2. Notwithstanding the dismissal of this action in accordance with this agreement, the District Court shall continue to retain jurisdiction over this action for the purpose of enforcing the terms of the settlement agreement reached between the parties and set forth in the Stipulation of Settlement executed by the parties in this matter, attached as Exhibit A.

Dated: New York, New York
March 27, 2020
March 31

EMERY CELLI BRINCKERHOFF & ABADY LLP
*Attorneys for Plaintiff*
600 Fifth Avenue 10th Floor
New York, New York 10020
(212) 763-5050

By: _____
Richard D. Emery
Samuel Shapiro
Scout Katovich
*Attorney for Plaintiff*

ABRAMS GORELICK FRIEDMAN & JACOBSON, LLP
*Attorneys for Defendants City of New York, Thompson, Gonzalez, Schaeffer, and Donohue*
1 Battery Park Plaza, 4th Floor
New York, New York 10004
(212) 422-1200

By: ____/s/    Glenn A. Jacobson_____
Glenn A. Jacobson
*Attorney for Defendants City of New York, Thompson, Gonzalez, Schaeffer, and Donohue*

SO ORDERED:

/s/ Nicholas G. Garaufis
_____
HON. NICHOLAS G. GARAUFIS
UNITED STATES DISTRICT JUDGE

Dated: _____April 2_____, 2020